# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Elliott<br><br>          Plaintiff,<br><br>vs.<br><br>Sun City Summerlin Community Association, Inc.<br><br>          Defendant. | District No.   2:12-cv-00218-MMD -VCF |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On December 13th, 2012 this court received a transcript order form dated December 13th, 2012 requesting a Transcript of the **Early Neutral Evaluation Conference** held on November 20th, 2012 from Ms. Kelly Kichline, Counsel for Sun City Summerlin Community Association, Inc. , in which **the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 17th day of December, 2012.

Robert J. Johnston
United States Magistrate District Judge